JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MARTHA RAMIREZ, | No. 8:25-cv-946-JVS-ADS |
| --- | --- |
| Plaintiff, | [Hon. James V. Selna, Courtroom 10C] |
| v. | ORDER DISMISSING ENTIRE ACTION, WITHOUT PREJUDICE, PURSUANT TO STIPULATION [13] |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, RESNICK and LOUIS, P.C. and DOES 1 TO 10, | |
| Defendants. | |

IT IS HEREBY ORDERED that pursuant to counsels' stipulation, this action is dismissed in its entirety, without prejudice.

Dated: May 30, 2025

_JAMES V. SELNA_
United States District Court Judge

- 1 -

ORDER DISMISSING ACTION WITHOUT PREJUDICE
O:\JVS\ECF Ready\Ramirez v State Farm - Proposed Order re Joint Stipulation to Dismiss.doc